Joseph P. CAPOLINO, Plaintiff-Appellant,

v.

Joseph P. KELLY, Collector of Customs, Defendant-Appellee.

No. 231, Docket 29144.

United States Court of Appeals Second Circuit.

Argued Dec. 8, 1964.

Decided Dec. 8, 1964.

Caponi & Perchik, New York City (Simon Perchik, New York City, of counsel), for plaintiff-appellant.

Robert M. Morgenthau, U. S. Atty., Southern District of New York (Stephen Charnas, Dawnald R. Henderson, Asst. U. S. Attys., of counsel), for defendant-appellee.

Before WATERMAN, MOORE and KAUFMAN, District Judges.

PER CURIAM:

Plaintiff-appellant, a discharged employee of the Bureau of Customs, seeks reversal of order below, United States District Court for the Southern District of New York, Wyatt, J., dismissing appellant's complaint wherein appellant sought a determination that the order discharging him was a nullity, reinstatement in the Customs Service, and other relief.

The order below granting the Collector's motion for summary judgment dismissing appellant's complaint is affirmed.

See the opinion of Judge Wyatt in the district court. 236 F.Supp. 955. Also see McTiernan v. Gronouski, 337 F.2d 31 (2 Cir. 1964).

In the Matter of Laura G. RINALDI, Bankrupt.

Ralph Coppola, Antoinette Coppola, John Coppola and Jennie Coppola, Appellants.

No. 15009.

United States Court of Appeals Third Circuit.

Argued Dec. 18, 1964.

Decided Jan. 13, 1965.

Seymour Margulies, of Levy Lemken & Margulies, Jersey City, N. J. (Rubenstein & Glick, Jersey City, N. J., on the brief), for appellants.

Bernard S. Glick, Hoboken, N. J. (Max L. Rosenstein, Newark, N. J., on the brief), for Joseph Moritz, Trustee in Bankruptcy.

Before McLAUGHLIN, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The record in this appeal completely supports the order of the District Court which sustained the findings of Referee Fishberg.

The order of the District Court will be affirmed.